# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HORACE MITCHELL, JR.,**
**HATTIE MITCHELL,**
           **Plaintiffs,**

**-vs-**                                  Case No. 6:06-cv-1089-Orl-31JGG

**CITY OF DAYTONA BEACH,**
**FIVE OFFICER JOHN DOES,**
           **Defendants.**
_____

## ORDER

Upon consideration of the pleadings in this case, it is

**ORDERED** that:

1.     Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 25) is GRANTED;

2.     Defendants' Motion to Quash Service of Process (Doc. 14) is DENIED, as moot;

3.     Defendants' Motion to Dismiss (Doc. 12) is DENIED, as moot. Defendants may reassert their contentions, as appropriate, in response to Plaintiffs' amended complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 7, 2006.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party